

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



LARRY R. LASS,                    §
                                  §
        Plaintiff,                §
                                  §
v.                                §        CIVIL ACTION NO.
                                  §        3:97-CV-1293-P
JANI-KING OF MEMPHIS, INC., et al.§
                                  §
        Defendants.               §
                                  §

## ORDER

On this day the Court heard oral arguments from the parties regarding Defendants Jani-King

International, Inc. and James A. Cavanaugh, Jr.'s Motion to Dismiss Plaintiff's Sham Fraud/Alter Ego

Claims, filed on October 22, 1998.    Based on the Court's findings in open court, Defendants'

Motion is GRANTED.

**So Ordered.**

Signed this 4th day of February, 1999.


                                    _____
                                    JORGE A. SOLIS
                                    UNITED STATES DISTRICT JUDGE