

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| LARRY R. LASS, | § |
| Plaintiff, | § |
| v. | § NO. 3:97-CV-1293-P |
| JANI-KING OF MEMPHIS, INC., a Texas Corporation, ET AL., | § |
| Defendants. | § |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order filed April 9, 1999, the Court issues judgment as follows:

**It is ORDERED ADJUDGED and DECREED that,**

1. Plaintiff Larry R. Lass, shall take nothing from his claims against defendant Jani-King of Memphis, Inc., a Texas Corporation.

2. Accordingly, all costs incurred by the defendant, shall be assessed against plaintiff.

**IT IS SO ORDERED.**

Signed this _____ day of April, 1999 at Dallas, Texas.

                                   _____
                                   JORGE A. SOLIS
                                   UNITED STATES DISTRICT JUDGE
                                   NORTHERN DISTRICT OF TEXAS

**FINAL JUDGMENT**